AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Humrickhouse, Stephani W. | Bankruptcy Court - Eastern District of North Carolina | 08/07/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Bankruptcy Court (FT) | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☑ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

Second Floor
300 Fayetteville Street
Raleigh, NC 27601

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2005 | Compensation Agreement with Nicholls & Crampton, P.A. (former law firm compensation agreement for work performed prior to my taking the bench) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 08/07/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Nicholls & Crampton, P.A. (1099) | $35,030.24 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | FMI Corp W-2 |
| 2. 2013 | FMI Corp 1120S K-1 |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 04/19/13 -04/20/13 | National Harbor, MD | American Bankruptcy Institute | Lodging, meals, transportation |
| 2. | Eastern Bankruptcy Institute | 05/30/13 - 06/01/13 | Myrtle Beach, SC | Bankruptcy Seminar | Lodging |
| 3. | National Conference of Bankruptcy Judges | 10/29/13 - 11/01/13 | Atlanta, GA | Annual Conference/ Seminar | Lodging |
| 4. | North Carolina Bar Association | 11/21/13 - 11/22/13 | Wilmington, NC | Annual Bankruptcy Institute | Lodging, meals |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 08/07/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | FMI Corp. | Stock Purchase | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 08/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Allianz Small Cap Value ADM Fund | A | Dividend | | | Sold | 03/11/13 | M | | |
| 2. Am. Equity Inv. Life Ins. Co. Flex. Prem. Deferred Ann | A | Dividend | M | T | | | | | |
| 3. Artisan Midcap Value | A | Dividend | | | Sold | 03/01/13 | J | | |
| 4. Baron Growth Fund | A | Dividend | | | Sold | 02/27/13 | J | | |
| 5. Black Rock Equity | A | Dividend | M | T | | | | | |
| 6. Columbia Marsico Growth Fund, Class A | A | Dividend | | | Sold | 03/01/13 | J | | |
| 7. Columbia Seligman Communication and Info Fund | A | Dividend | M | T | Buy | 03/11/13 | M | | |
| 8. Davis NY Venture Fund, Class Y | A | Dividend | | | Sold | 03/01/13 | J | | |
| 9. Eagle Small Cap Growth A | A | Dividend | K | T | Buy | 03/01/13 | J | | |
| 10. Fidelity Capital Appreciation Fund | A | Dividend | K | T | | | | | |
| 11. Goldman Sachs Midcap | A | Dividend | | | Sold | 03/11/13 | L | | |
| 12. Hartford Int'l Opp R5 | A | Dividend | K | T | Buy | 03/01/13 | J | | |
| 13. Ivy Midcap | A | Dividend | | | Sold | 03/01/13 | J | | |
| 14. Lazard Emerging Markets Fund | A | Dividend | | | Sold | 02/27/13 | J | | |
| 15. Mainstay Large Cap Growth Fund | A | Dividend | M | T | | | | | |
| 16. MFS Utilities/A | A | Dividend | K | T | Buy | 03/01/13 | J | | |
| 17. PIMCO Total Return/ADM | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 08/07/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Principal Real Estate Securities Inst. | A | Dividend | M | T | Buy | 03/01/13 | M | | |
| 19. Prudential Jennison Health Sciences | A | Dividend | M | T | Buy | 03/01/13 | M | | |
| 20. Royce Total Return Fund | A | Dividend | | | Sold | 03/01/13 | J | | |
| 21. Thornburg International Value R/3 Fund | A | Dividend | K | T | | | | | |
| 22. Wells Fargo Equity Index Fund | A | Dividend | | | Sold | 03/01/13 | J | | |
| 23. Wells Fargo Stable Return (cash acct) | A | Dividend | N | T | Buy | 03/11/13 | M | | |
| 24. William Blair International Growth Fund | A | Dividend | | | Sold | 03/01/13 | J | | |
| 25. Etrade | B | Dividend | M | T | | | | | |
| 26. --1 Share S&P Midcap ETF (IJH) | A | Dividend | K | T | Buy | 01/02/13 | K | | |
| 27. -BIV (mutual fund) | A | Dividend | | | Sold | 07/31/13 | J | | |
| 28. --1 Share S&P Small Cap ETF (IJR) | A | Dividend | K | T | Buy | 01/02/13 | K | | |
| 29. -Corning Inc. (common) | A | Dividend | | | Sold | 07/22/13 | J | D | |
| 30. --1 Share MSC1Mexico Capt ETF (EWW) | A | Dividend | K | T | Buy | 02/19/13 | K | | |
| 31. -DPD (mutual fund) | A | Dividend | J | T | | | | | |
| 32. -Ford Motor (common) | A | Dividend | J | T | | | | | |
| 33. -GRZG | A | Dividend | | | Buy | 02/25/13 | J | | |
| 34. | | | | | Sold | 07/15/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 08/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -I Shares US Energy ETF (IYE) | A | Dividend | K | T | Buy | 02/19/13 | K | | |
| 36. -JP Morgan Municipal Fund (cash acct) | A | Interest | J | T | | | | | |
| 37. -NOK | A | Dividend | | | Buy | 07/31/13 | J | | |
| 38. | | | | | Sold (part) | 09/26/13 | J | B | |
| 39. | | | | | Sold | 10/14/13 | J | B | |
| 40. -SWVI | A | Dividend | | | Buy | 02/28/13 | J | | |
| 41. | | | | | Sold | 07/09/13 | J | | |
| 42. Vanguard Brokerage Acct | A | Dividend | M | T | | | | | |
| 43. -Caterpillar, Inc. (common) | A | Dividend | J | T | Sold (part) | 05/20/13 | J | C | |
| 44. | | | | | Sold (part) | 10/7/13 | J | C | |
| 45. -Vanguard S&P 500 Index ETF (VOO) | A | Dividend | K | T | Buy | 12/20/12 | | | |
| 46. -Ford Motor Co. (common) | A | Dividend | J | T | Sold (part) | 10/07/13 | J | C | |
| 47. -Vanguard Short Term Corp Bond Fund VCSH | A | Dividend | K | T | Buy | 12/20/12 | | | |
| 48. -Vanguard Short Term Tax Exempt Bond Fund (Admirals) VWSUX | C | Dividend | | | Closed | 11/26/13 | J | | |
| 49. -Vanguard Short Term Tax Exempt VWSTX | C | Dividend | J | T | Buy | 11/26/13 | J | | |
| 50. -Vanguard Prime Money Mkt Fund | A | Dividend | K | T | | | | | |
| 51. -VMMXX (money market acct) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 08/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -VWSUX | A | Dividend | | | Buy | 02/12/13 | K | | |
| 53. | | | | | Sold (part) | 02/25/13 | M | | |
| 54. | | | | | Sold (part) | 08/01/13 | J | | |
| 55. | | | | | Sold | 11/16/13 | J | | |
| 56. Fidelity Municipal Money Mkt | A | Interest | K | T | | | | | |
| 57. Fisher/Morgan Stanley Man. Inv. Acct. (no control) | E | Dividend | O | T | | | | | |
| 58. -EFA (ETF) | A | Dividend | | | Sold (part) | 06/20/13 | J | A | |
| 59. | | | | | Sold | 07/31/13 | K | D | |
| 60. -FBG (ETF) | A | Dividend | J | T | | | | | |
| 61. -FEEU | A | Dividend | J | T | Buy | 06/04/13 | J | | |
| 62. | | | | | Buy | 08/27/13 | J | | |
| 63. -FIGY | A | Dividend | J | T | Buy | 05/24/13 | J | | |
| 64. -HYG (ETF) | A | Dividend | K | T | Buy | 08/12/13 | J | | |
| 65. -IXP (ETF) | A | Dividend | | | Sold | 07/31/13 | J | A | |
| 66. -IXN (ETF) | A | Dividend | K | T | Sold (part) | 10/23/13 | J | B | |
| 67. -IXC (ETF) | A | Dividend | | | Sold | 06/14/13 | J | A | |
| 68. -KXI (ETF) | A | Dividend | | | Sold (part) | 08/27/13 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 08/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 09/16/13 | J | B | |
| 70. | | | | | Sold | 10/23/13 | J | B | |
| 71. -LQD (ETF) | A | Dividend | M | T | | | | | |
| 72. -MBB (ETF) | A | Dividend | K | T | Buy | 10/30/13 | J | | |
| 73. -MXI (ETF) | A | Dividend | | | Sold | 08/27/13 | J | A | |
| 74. -QQQ (ETF) | A | Dividend | K | T | | | | | |
| 75. -SCPB (ETF) | A | Dividend | K | T | Buy | 06/20/13 | J | | |
| 76. -TFI (ETF) | A | Dividend | L | T | Buy | 06/18/13 | J | | |
| 77. | | | | | Buy | 12/11/13 | J | | |
| 78. -XLG (ETF) | A | Dividend | K | T | | | | | |
| 79. -XLF (ETF) | A | Dividend | K | T | Buy | 06/04/13 | J | | |
| 80. | | | | | Buy | 07/31/13 | J | | |
| 81. | | | | | Buy | 08/27/13 | J | | |
| 82. | | | | | Buy | 09/16/13 | J | | |
| 83. | | | | | Buy | 10/23/13 | J | | |
| 84. -XLV (ETF) | A | Dividend | K | T | Sold (part) | 10/23/13 | J | B | |
| 85. -XLY (ETF) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 08/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. -VEA | A | Dividend | J | T | Buy | 07/31/13 | J | | |
| 87. -VGK | A | Dividend | K | T | Buy | 07/31/13 | K | | |
| 88. | | | | | Buy | 08/27/13 | J | | |
| 89. | | | | | Buy | 10/23/13 | J | | |
| 90. -VIS | A | Dividend | J | T | Buy | 09/16/13 | J | | |
| 91. | | | | | Buy | 10/23/13 | J | | |
| 92. -VWO (ETF) | A | Dividend | | | Sold | 06/04/13 | J | A | |
| 93. Scott & Stringfellow IRA -Managed Account | C | Dividend | O | T | | | | | |
| 94. -ABBV | A | Dividend | J | T | Buy | 02/27/13 | J | | |
| 95. -ABT | A | Dividend | J | T | Buy | 02/27/13 | J | | |
| 96. | | | | | Buy | 09/30/13 | J | | |
| 97. -ACN | A | Dividend | K | T | Buy | 09/27/13 | J | | |
| 98. | | | | | Buy | 09/30/13 | J | | |
| 99. | | | | | Buy | 10/08/13 | J | | |
| 100. -BAM | A | Dividend | | | Sold | 02/27/13 | K | D | |
| 101. -BAX | A | Dividend | K | T | Buy | 02/27/13 | K | | |
| 102. | | | | | Buy | 12/12/13 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 08/07/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -BLK | A | Dividend | J | T | Buy | 02/27/13 | K | | |
| 104. | | | | | Sold (part) | 03/14/13 | J | A | |
| 105. | | | | | Sold (part) | 04/25/13 | J | A | |
| 106. | | | | | Sold (part) | 04/30/13 | J | A | |
| 107. | | | | | Sold (part) | 05/17/13 | J | A | |
| 108. | | | | | Sold (part) | 10/18/13 | J | A | |
| 109. -BRK/B | A | Dividend | | | Sold | 02/27/13 | L | E | |
| 110. -CNQ | A | Dividend | | | Sold | 02/27/13 | K | | |
| 111. -CSCO | A | Dividend | | | Sold | 02/27/13 | J | B | |
| 112. -CVX | A | Dividend | K | T | Buy | 02/27/13 | K | | |
| 113. -CWGL | A | Dividend | | | Buy | 02/27/13 | J | | |
| 114. | | | | | Sold | 02/27/13 | J | B | |
| 115. -EMR | A | Dividend | | | Buy | 02/27/13 | K | | |
| 116. | | | | | Sold (part) | 07/22/13 | J | A | |
| 117. | | | | | Sold (part) | 08/08/13 | J | A | |
| 118. | | | | | Sold | 08/14/13 | J | A | |
| 119. -ESV | A | Dividend | K | T | Buy | 04/17/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Federated Treasury Fund (cash acct) | A | Dividend | K | T | | | | | |
| 121. -FRFHF | A | Dividend | | | Sold | 02/27/13 | K | | |
| 122. -FUR | A | Dividend | | | Sold | 02/27/13 | K | A | |
| 123. -GIS | A | Dividend | K | T | Buy | 02/27/13 | K | | |
| 124. -GOOG | A | Dividend | | | Sold | 02/27/13 | K | D | |
| 125. -IBM | A | Dividend | | | Sold | 02/27/13 | K | C | |
| 126. -INT | A | Dividend | | | Sold | 02/27/13 | J | A | |
| 127. -INTC | A | Dividend | K | T | Buy | 02/27/13 | K | | |
| 128. | | | | | Sold (part) | 12/12/13 | J | A | |
| 129. | | | | | Sold (part) | 12/27/13 | J | A | |
| 130. -JEF | A | Dividend | | | Sold | 02/27/13 | K | B | |
| 131. -JNJ | B | Dividend | | | Sold | 02/27/13 | K | D | |
| 132. -KO | A | Dividend | J | T | Buy | 08/14/13 | J | | |
| 133. -KM1 | A | Dividend | K | T | Buy | 09/12/13 | J | | |
| 134. | | | | | Buy | 12/04/13 | J | | |
| 135. -KMR | A | Dividend | J | T | Buy | 02/27/13 | K | | |
| 136. | | | | | Sold (part) | 12/4/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 08/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -L | A | Dividend | | | Sold | 02/27/13 | K | A | |
| 138.  -LUK | A | Dividend | | | Sold | 02/27/13 | K | D | |
| 139.  -MCD | A | Dividend | K | T | Buy | 02/27/13 | K | | |
| 140.  -MET | A | Dividend | K | T | Buy | 02/27/13 | K | | |
| 141. | | | | | Sold (part) | 10/18/13 | J | B | |
| 142.  -MHK | | None | | | Sold | 02/27/13 | K | D | |
| 143.  -MSFT | A | Dividend | J | T | Sold (part) | 02/27/13 | J | | |
| 144. | | | | | Sold (part) | 05/07/13 | J | B | |
| 145. | | | | | Sold (part) | 07/11/13 | J | A | |
| 146. | | | | | Sold (part) | 11/15/13 | J | A | |
| 147.  -MXIM | A | Dividend | K | T | Buy | 05/29/13 | J | | |
| 148. | | | | | Buy | 06/05/13 | J | | |
| 149. | | | | | Buy | 06/06/13 | J | | |
| 150. | | | | | Buy | 07/26/13 | J | | |
| 151. | | | | | Buy | 12/19/13 | J | | |
| 152.  -NVS | A | Dividend | K | T | Buy | 02/27/13 | K | | |
| 153.  -OMC | A | Dividend | K | T | Buy | 02/27/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 08/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -OXY | A | Dividend | K | T | Buy | 02/27/13 | J | | |
| 155. -PFE | A | Dividend | K | T | Buy | 02/27/13 | K | | |
| 156. -PEP | A | Dividend | K | T | Buy | 02/27/13 | K | | |
| 157. | | | | | Sold (part) | 04/25/13 | J | A | |
| 158. -PG | A | Dividend | | | Sold | 02/27/13 | K | D | |
| 159. -PM | A | Dividend | J | T | Buy | 02/27/13 | J | | |
| 160. -POT | A | Dividend | | | Buy | 02/27/13 | J | | |
| 161. | | | | | Buy | 04/12/13 | J | | |
| 162. | | | | | Sold | 09/18/13 | J | | |
| 163. -PSO | A | Dividend | J | T | Buy | 02/27/13 | J | | |
| 164. | | | | | Sold (part) | 07/26/13 | J | A | |
| 165. -QCOM | A | Dividend | K | T | Buy | 04/25/13 | J | | |
| 166. | | | | | Buy | 04/26/13 | J | | |
| 167. | | | | | Buy | 06/06/13 | J | | |
| 168. | | | | | Buy | 06/07/13 | J | | |
| 169. -RCl | A | Dividend | K | T | Buy | 07/31/13 | J | | |
| 170. | | | | | Buy | 08/08/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 08/07/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy | 08/21/13 | J | | |
| 172. -SE | A | Dividend | K | T | Buy | 02/27/13 | K | | |
| 173. | | | | | Sold (part) | 10/18/13 | J | A | |
| 174. -SO | | Dividend | | | Buy | 02/27/13 | J | | |
| 175. | | | | | Sold | 04/20/13 | J | | |
| 176. -STWD | B | Dividend | | | Sold | 02/27/13 | K | D | |
| 177. -TGT | A | Dividend | K | T | Buy | 02/27/13 | K | | |
| 178. -TRV | A | Dividend | K | T | Buy | 02/27/13 | K | | |
| 179. -TSCDY | B | Dividend | | | Sold | 02/27/13 | K | B | |
| 180. -TWC | A | Dividend | | | Buy | 02/27/13 | K | | |
| 181. | | | | | Sold (part) | 07/09/13 | J | A | |
| 182. | | | | | Sold (part) | 08/01/13 | J | A | |
| 183. | | | | | Sold (part) | 10/31/13 | J | A | |
| 184. | | | | | Sold | 12/12/13 | J | A | |
| 185. -UL | A | Dividend | K | T | Buy | 02/27/13 | K | | |
| 186. -UPS | A | Dividend | K | T | Buy | 02/27/13 | J | | |
| 187. -VRX | | None | | | Sold | 02/27/13 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 08/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -WLP | A | Dividend | K | T | Buy | 02/27/13 | J | | |
| 189. -WMT | B | Dividend | | | Sold | 02/27/13 | K | D | |
| 190. -Y | A | Dividend | | | Sold | 02/27/13 | K | | |
| 191. Merrill Lynch Wealth Management - CMA | B | Int./Div. | N | T | | | | | |
| 192. -Advanced Micro D (AMD`) | A | Dividend | | | Buy | 09/25/13 | J | | |
| 193. | | | | | Sold | 11/25/13 | J | | |
| 194. -AAPL ARN (MLGYK) | A | Dividend | K | T | Buy | 05/16/13 | K | | |
| 195. -ALLEGHENY TECH (ATI) | A | Dividend | J | T | Buy | 11/25/13 | J | | |
| 196. -AmbevSA (ABEV) (Merger with ABV 11/21/13) | A | Dividend | J | T | Buy | 05/21/13 | J | | |
| 197. -ALLSTATE (ALLPRA) (originally (ALLSL)) | A | Dividend | J | T | Buy | 06/05/13 | K | | |
| 198. | | | | | Sold | 08/21/13 | J | | |
| 199. | | | | | Buy | 09/25/13 | J | | |
| 200. -BLACKROCK RE (BCF) | B | Dividend | K | T | Buy | 02/28/13 | J | | |
| 201. | | | | | Buy | 05/07/13 | J | | |
| 202. | | | | | Buy | 08/21/13 | J | | |
| 203. -Clearbridge (CEM) | A | Dividend | J | T | Buy | 06/07/13 | J | | |
| 204. -CITIGROUP (CITGL) (changed symbol to (CPRC)) | A | Dividend | J | T | Buy | 03/20/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy | 08/21/13 | J | | |
| 206. | | | | | Sold (part) | 09/25/13 | J | | |
| 207.  -Cohen and Steers (RQI) | A | Dividend | J | T | Buy | 06/11/13 | J | | |
| 208.  -Comp de Bebidas (ABV) (merger and split with (ABEV)) | | | | | Buy | 05/21/13 | J | | |
| 209. | | | | | Sold | 11/21/13 | J | | |
| 210.  -Devon Energy (DVN) | A | Dividend | | | Buy | 02/28/13 | K | | |
| 211. | | | | | Sold (part) | 03/04/13 | J | A | |
| 212. | | | | | Sold (part) | 03/04/13 | J | A | |
| 213. | | | | | Sold (part) | 05/07/13 | J | A | |
| 214. | | | | | Sold (part) | 07/17/13 | J | A | |
| 215. | | | | | Sold (part) | 07/23/13 | J | A | |
| 216. | | | | | Sold (part) | 08/21/13 | J | | |
| 217. | | | | | Sold (part) | 08/21/13 | J | | |
| 218. | | | | | Sold (part) | 09/23/13 | J | A | |
| 219. | | | | | Sold | 10/21/13 | J | B | |
| 220.  -Eli Lilly (LLY) | A | Dividend | J | T | Buy | 07/17/13 | J | | |
| 221.  -FIA Card Services (cash) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  -First Niagara (FNFG) | A | Dividend | J | T | Buy | 02/28/13 | J | | |
| 223.  -Gamco Globl (GGN) | A | Dividend | | | Buy | 02/28/13 | J | | |
| 224. | | | | | Buy | 05/07/13 | J | | |
| 225. | | | | | Sold | 08/21/13 | J | | |
| 226.  -INVESCO (VVR) | A | Dividend | J | T | Buy | 02/28/13 | K | | |
| 227.  -JP Morgan (JPMPRD) | A | Dividend | J | T | Buy | 02/28/13 | K | | |
| 228. | | | | | Sold | 08/21/13 | J | | |
| 229. | | | | | Buy | 09/25/13 | J | | |
| 230.  -MASCO (MAS) | A | Dividend | | | Buy | 02/28/13 | K | | |
| 231. | | | | | Sold (part) | 03/04/13 | J | A | |
| 232. | | | | | Sold (part) | 03/04/13 | J | A | |
| 233. | | | | | Sold (part) | 05/07/13 | J | A | |
| 234. | | | | | Sold (part) | 07/23/13 | J | A | |
| 235. | | | | | Sold (part) | 07/23/13 | J | A | |
| 236. | | | | | Sold (part) | 08/21/13 | J | A | |
| 237. | | | | | Sold (part) | 09/25/13 | J | A | |
| 238. | | | | | Sold (part) | 10/25/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold | 11/25/13 | J | | |
| 240. -Merck (MRK) | A | Dividend | K | T | Buy | 6/11/13 | K | | |
| 241. -Morgan Stanley (EDD) | B | Dividend | J | T | Buy | 02/28/13 | K | | |
| 242. -Nuveen Ins. (NEA) | B | Dividend | J | T | Buy | 06/21/13 | J | | |
| 243. -Orexigen Therap (OREX) | A | Dividend | J | T | Buy | 10/25/13 | J | | |
| 244. | | | | | Sold (part) | 10/25/13 | J | B | |
| 245. -Partnerre Ltd (PREPRF) | A | Dividend | J | T | Buy | 02/28/13 | J | | |
| 246. | | | | | Buy | 08/21/13 | J | | |
| 247. | | | | | Sold (part) | 09/25/13 | J | | |
| 248. -Tortoise Energy (NDP) | A | Dividend | J | T | Buy | 10/25/13 | J | | |
| 249. -US Airways (LLC) | A | Dividend | | | Buy | 02/28/13 | J | | |
| 250. | | | | | Sold (part) | 03/04/13 | J | | |
| 251. | | | | | Sold (part) | 03/04/13 | J | | |
| 252. | | | | | Sold (part) | 03/04/13 | J | | |
| 253. | | | | | Sold (part) | 04/17/13 | J | A | |
| 254. | | | | | Sold (part) | 04/22/13 | J | A | |
| 255. | | | | | Sold | 06/24/13 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 08/07/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  Merrill Lynch Wealth Management - IRA | C | Int./Div. | N | T | | | | | |
| 257.  -Alger Spectra (ASPZX) | B | Dividend | K | T | Buy | 03/19/13 | J | | |
| 258. | | | | | Buy | 04/03/13 | J | | |
| 259. | | | | | Buy | 04/15/13 | J | | |
| 260. | | | | | Buy | 04/15/13 | J | | |
| 261. | | | | | Buy | 04/17/13 | J | | |
| 262.  -Avago (AVGO) | A | Dividend | | | Buy | 07/09/13 | K | | |
| 263. | | | | | Sold (part) | 07/17/13 | J | | |
| 264. | | | | | Sold (part) | 07/17/13 | J | | |
| 265. | | | | | Sold (part) | 08/21/13 | J | A | |
| 266. | | | | | Sold (part) | 10/21/13 | J | A | |
| 267. | | | | | Sold | 10/21/13 | J | B | |
| 268.  -BLACK ROCK CREDIT (BCF) | A | Dividend | J | T | Buy | 12/23/13 | J | | |
| 269.  -BLACK ROCK CREDIT (BTZ) | A | Dividend | J | T | Buy | 06/21/13 | J | | |
| 270.  -BP PLC ADR (BP) | A | Dividend | K | T | Buy | 05/07/13 | J | | |
| 271.  -Clearbridge Energy (CEM) | A | Dividend | J | T | Buy | 06/07/13 | J | | |
| 272.  -Cohen and Steers (RQI) | A | Dividend | J | T | Buy | 06/11/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy | 12/31/13 | J | | |
| 274.   -Delta Airlines (DAL) | A | Dividend | | | Buy | 04/02/13 | K | | |
| 275. | | | | | Sold (part) | 04/02/13 | J | | |
| 276. | | | | | Sold | 06/24/13 | K | B | |
| 277.   -FIA Card Svc Cash (11AXX) | A | Int./Div. | J | T | | | | | |
| 278.   -First Eagle (SG11X) | B | Dividend | K | T | Buy | 03/19/13 | J | | |
| 279. | | | | | Buy | 04/03/13 | J | | |
| 280. | | | | | Buy | 04/05/13 | J | | |
| 281. | | | | | Buy | 04/15/13 | J | | |
| 282. | | | | | Buy | 04/17/13 | J | | |
| 283. | | | | | Buy | 07/17/13 | J | | |
| 284.   -Ford Motor (F) | A | Dividend | J | T | Buy | 03/14/13 | J | | |
| 285. | | | | | Sold (part) | 07/17/13 | J | A | |
| 286. | | | | | Sold (part) | 07/17/13 | J | A | |
| 287. | | | | | Sold (part) | 08/21/13 | J | A | |
| 288. | | | | | Sold (part) | 09/23/13 | J | B | |
| 289. | | | | | Sold (part) | 10/25/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 08/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  -INVESCO (VVR) | A | Dividend | K | T | Buy | 05/07/13 | K | | |
| 291.  -IVY ASSET (IVAEX) | A | Dividend | K | T | Buy | 03/19/13 | J | | |
| 292. | | | | | Buy | 04/03/13 | J | | |
| 293. | | | | | Buy | 04/05/13 | J | | |
| 294. | | | | | Buy | 04/15/13 | J | | |
| 295. | | | | | Buy | 04/17/13 | J | | |
| 296. | | | | | Buy | 07/17/13 | J | | |
| 297.  -Mendelez Int'l (MDLZ) | A | Dividend | | | Buy | 07/18/13 | K | | |
| 298. | | | | | Sold (part) | 10/25/13 | J | B | |
| 299. | | | | | Sold | 11/29/13 | J | B | |
| 300.  -MERCK (MRK) | A | Dividend | K | T | Buy | 06/11/13 | J | | |
| 301.  -Morgan Stanley Emerging (EDD) | A | Dividend | K | T | Buy | 12/23/13 | K | | |
| 302.  -Neuberger Berman (NBHIX) | A | Dividend | | | Buy | 03/19/13 | J | | |
| 303. | | | | | Buy | 04/03/13 | J | | |
| 304. | | | | | Buy | 04/15/13 | J | | |
| 305. | | | | | Buy | 04/15/13 | J | | |
| 306. | | | | | Buy | 04/17/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold | 11/25/13 | K | A | |
| 308. -Oppenheimer Dev (ODVYX) | A | Dividend | J | T | Buy | 03/19/13 | J | | |
| 309. | | | | | Buy | 04/03/13 | J | | |
| 310. | | | | | Buy | 04/05/13 | J | | |
| 311. | | | | | Buy | 04/15/13 | J | | |
| 312. | | | | | Buy | 04/17/13 | J | | |
| 313. -Oppenheimer Int'l (O1GYZ) | A | Dividend | K | T | Buy | 10/25/13 | J | | |
| 314. | | | | | Buy | 11/25/13 | K | | |
| 315. -Tortoise Energy (NDP) | A | Dividend | K | T | Buy | 9/25/13 | J | | |
| 316. | | | | | Buy | 10/25/13 | J | | |
| 317. Edwards Jones Roth IRA | A | Dividend | K | T | | | | | |
| 318. -Conoco Phillips | A | Dividend | J | T | Buy | 03/14/13 | J | | |
| 319. -Johnson & Johnson | A | Dividend | J | T | Buy | 03/14/13 | J | | |
| 320. -McDonalds | A | Dividend | J | T | Buy | 03/14/13 | J | | |
| 321. -Phillip Morris | A | Dividend | J | T | Buy | 03/14/13 | J | | |
| 322. Edward Jones Portfolio | A | Int./Div. | M | T | | | | | |
| 323. -American Funds TAIAX | A | Dividend | K | T | Buy | 08/07/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 08/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -Goldman Sachs CD | A | Interest | J | T | Buy | 08/13/12 | J | | |
| 325. -NC Med Care Comm Health Bond | A | Interest | K | T | Buy | 08/06/12 | K | | |
| 326. -Prudential Prem. Ref. Contract | A | Dividend | L | T | Buy | 08/08/12 | L | | |
| 327. -Raleigh Durham Airport Bond | A | Interest | K | T | Buy | 09/24/12 | K | | |
| 328. -Lincoln Life Ins. | A | Dividend | L | T | Buy | 09/13/13 | L | | |
| 329. ACS/Mellon Health Savings Account | | None | | | Sold | 01/01/13 | J | | |
| 330. Durham Arvin Partnership | | None | K | W | | | | | |
| 331. Equitable Insurance | | None | | | Sold | 09/01/13 | L | | |
| 332. FMI Corp. Stock | G | Distribution | N | U | | | | | |
| 333. FMI Infrastructure Investors, LLC | A | Distribution | | | Sold | 12/27/13 | J | | |
| 334. GP Land, LLC | A | Int./Div. | M | U | | | | | |
| 335. National Life Insurance | | None | | | Sold | 09/01/13 | J | | |
| 336. Nationwide Insurance | | None | J | T | | | | | |
| 337. North State Bank Acct | A | Interest | J | T | | | | | |
| 338. Wells Fargo Bank Account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 08/07/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Investments and Trusts

Line 11 - Goldman Sachs Midcap was purchased in 2012 but erroneously omitted from 2012 Report

Line 45 - Vanguard S&P 500 Index ETF (VOO) was purchased in 2012 but erroneously omitted from 2012 Report

Line 47 - Vanguard Short Term Corp Bond Fund VCSH was purchased in 2012 but erroneously omitted from 2012 Report

Line 51 - VMMXX, a money market account associated with the Vanguard Portfolio, originated prior to 2012, but was erroneously omitted from previous reports.

Line 221 - FIA Card Services is a cash account used to fund purchases/hold proceeds in the Merrill Lynch Wealth Management CMA. Dividends, interest and proceeds from sales are deposited into the cash account. Funds are used to purchase new positions or add to existing ones.

Line 277 - FIA Card Svc Cash (11AXX) is a cash account used to fund purchases/hold proceeds in the Merrill Lynch Wealth Management IRA. Dividends, interest and proceeds from sales are deposited into the cash account. Funds are used to purchase new positions or add to existing ones.

Lines 323 through 327-- Goldman Sachs CD, Raleigh Airport Bond, NCMed Care Comm Health Bond, American Funds and Prudential Premium Retirement Contract were all purchases through Edward Jones Portfolio in 2012 and erroneously ommitted from the 2012 Report.

Line 329 - ACS Mellon Health Savings Acct:          health plan terminated and health savings plan drawn down to $0.

Line 331 - Equitable Life Insurance policy cancelled and cash value withdrawn.

Line 335 - National Life Insurance policy cancelled and cash value withdrawn.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stephani W. Humrickhouse**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544